UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80109-CANNON

HOWARD COHAN,

    Plaintiff,

vs.

SOUTH FLORIDA COMMERCIAL PROPERTIES, LLC, a/k/a SOUTH FLORIDA COMMERICAL PROPERTIES OF GEORGIA, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, SOUTH FLORIDA COMMERCIAL PROPERTIES, LLC, a/k/a SOUTH FLORIDA COMMERCIAL PROPERTIES OF GEORGIA, LLC ("Defendant"), by and through their respective undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, hereby give notice that the parties have reached an agreement in principle for the resolution of this matter. The parties respectfully request thirty (30) days within which to finalize and exchange written executed settlement documents and submit a joint dismissal notice.

Dated:    3/15/2021

| BY: /s/ Jason S. Weiss | BY: /s/ Christina Olivos |
|---|---|
| Jason S. Weiss | J. Jay Thornton, Esq., FBN 323070 |
| Jason@jswlawyer.com | jthornton@reedsmith.com |
| Florida Bar No. 356890 | Christina Olivos, Esq., FBN 119580 |
| **WEISS LAW GROUP, P.A.** | colivos@reedsmith.com |
| 5531 N. University Drive, Suite 103 | **REED SMITH LLP** |
| Coral Springs, FL 33067 | 1001 Brickell Bay Drive, Suite 900 |
| Tel: (954) 573-2800 | Miami, Florida 33131 |
| Fax: (954) 573-2798 | Telephone: (786) 747-0200 |
| *Attorneys for Plaintiff* | Facsimile: (786) 747-0299 |
| | *Attorneys for Defendant* |